**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Otis Mays, | No. 25-cv-3113 (KMM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Bernard Holmes, et al., | |
| Defendants. | |

In a Report and Recommendation ("R&R") dated September 3, 2025, United States Magistrate Judge David T. Schultz recommends that this matter be dismissed for failure to prosecute. Plaintiff Otis Mays did not object to this recommended disposition, so the Court has reviewed the matter for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). The Court finds no error and adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (Dkt. 4) is **ACCEPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**Let Judgment Be Entered Accordingly.**

Date:  December 30, 2025

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge